UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| OLEUM EXPLORATION, LLC, | : | Case No. 5:19-bk-00664 (RNO) |
| Debtor. | : | |

**NOTICE OF DISTRIBUTION PURSUANT
TO CONFIRMED JOINT PLAN OF REORGANIZATION**

PLEASE TAKE NOTICE that on February 16, 2019, the above-captioned debtor (the "Debtor") commenced a voluntary Chapter 11 proceeding in the United States Bankruptcy Court for the Middle District of Pennsylvania (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that on July 23, 2020, the Bankruptcy Court entered an order confirming the Revised Joint Plan of Reorganization (the "Plan") Proposed by the Debtor and PAPCO, Inc. ("PAPCO") [Doc. No. 509].

PLEASE TAKE FURTHER NOTICE that, pursuant to Article III.B.6.d. of the Plan, all funds maintained in the IOLTA account of the Debtor's undersigned counsel were required to be distributed to PAPCO.

PLEASE TAKE FURTHER NOTICE that on July 23, 2020, the Debtor's counsel distributed the sum of $269,544.96 to PAPCO in compliance with the Plan.

Date: July 23, 2020                KURTZMAN | STEADY, LLC

By: _____
Jeffrey Kurtzman, Esquire
401 S. 2nd Street, Suite 200
Philadelphia, PA 19147
Telephone: (215) 839-1222
Email: kurtzman@kurtzmansteady.com

Attorneys for Reorganized Debtor