# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Oleum Exploration, LLC, | : | Case No. 5:19-00664 - MJC |
| | : | |
| Debtor. | : | |

## ORDER SCHEDULING FINAL HEARING, CONDITIONALLY DISMISSING DEBTOR'S CHAPTER 11 CASE PURSUANT TO 11 U.S.C. § 1112(b), AND GRANTING RELATED RELIEF

Upon consideration of Saber Drilling Fluids, LLC's Motion to Convert the Debtor's Bankruptcy Case to Chapter 7 ("Motion"), Dkt. # 600, and the Court having reviewed and considered the Motion, the Debtor's Objection to Motion of Saber Drilling Fluids, LLC to Convert Debtor's Chapter 11 Case to a Case Under Chapter 7 of the Bankruptcy Code, Dkt. # 601, the Declaration in Opposition to Motion by Saber Drilling Fluids, LLC for Conversion to Chapter 7, Dkt. # 607, the Omnibus Reply of Saber Drilling Fluids, LLC in Further Support of Motion to Convert the Debtor's Bankruptcy Case to Chapter 7, Dkt. # 612, and the Court having heard and considered the arguments of the parties at preliminary hearings held on February 16, 2022 and May 11, 2022, and finding good cause for the alternative relief granted herein, it is hereby

**ORDERED**, that to the extent the Motion seeks conversion of the Debtor's Chapter 11 case to a case under Chapter 7, the Motion is **DENIED**;

**ORDERED**, that Oleum Exploration, LLC may file and serve a notice ("Notice of Effective Date") **on or before September 8, 2022**, to all parties in interest of the occurrence of the Effective Date, as defined in Section I.A.26 of the Revised Joint Chapter 11 Plan of

Reorganization of Oleum Exploration, LLC, and PAPCO, Inc., pursuant to Chapter 11 of the Bankruptcy Code ("Confirmed Plan"), Dkt. # 438;

**ORDERED**, that a final hearing to consider the Motion, dismissal of the Debtor's Chapter 11 case, and any alternative relief is scheduled for **September 13, 2022 at 2:00 p.m.** in the United States Bankruptcy Court for the Middle District of Pennsylvania, Max Rosenn U.S. Courthouse, Courtroom 2, 197 S. Main Street, Wilkes-Barre, PA 18701; and,

**ORDERED**, that pursuant to 11 U.S.C. §1112(b), the Debtor's Chapter 11 case shall be dismissed on September 13, 2022, unless the Debtor establishes cause for the modification of this Order, by presenting the Court with written or otherwise admissible evidence of a concrete, definitive transaction for the sale of all or substantially all of the Debtor's assets, a financing or equity recapitalization, or similar transaction that supports a finding that the Effective Date under the Confirmed Plan is imminent and/or warrants modification of the Confirmed Plan.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: May 17, 2022